Certificate Number: 01267-CAE-CC-029975646



01267-CAE-CC-029975646

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 4, 2017</u>, at <u>12:03</u> o'clock <u>PM EDT</u>, <u>Shayne  C House</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>October 4, 2017</u>                    By:     <u>/s/Rita Ramos</u>

                                                Name:   <u>Rita Ramos</u>

                                                Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 01267-CAE-CC-029975647



01267-CAE-CC-029975647

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 4, 2017</u>, at <u>12:03</u> o'clock <u>PM EDT</u>, <u>Katie L House</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>October 4, 2017</u>          By:    <u>/s/Rita Ramos</u>

Name: <u>Rita Ramos</u>

Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shayne** | | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Katie** | | **House** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information　　12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1:　Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................... | **$865,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | **$136,683.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B.............................................. | **$1,001,683.00** |

### Part 2:　Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$907,000.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.......................... + | **$4,850,984.00** |
| Your total liabilities | **$5,757,984.00** |

### Part 3:　Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I............................................................. | **$10,023.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................. | **$10,246.76** |

Debtor 1    **Shayne House**

Debtor 2    **Katie House**

Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a. Domestic support obligations.  (Copy line 6a.)              _____

9b. Taxes and certain other debts you owe the government.  (Copy line 6b.)      _____

9c. Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    _____

9d. Student loans.  (Copy line 6f.)              _____

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    _____

9f. Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   +  _____

9g. **Total.**  Add lines 9a through 9f.          _____

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shayne** | | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Katie** | | **House** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF CALIFORNIA**

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**3465 Hassler Rd, Camino 95709**
**5 bd, 2 bath, 2300 sq ft**

_____

**El Dorado**
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $550,000.00 | $550,000.00 |

Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.

**fee simple** _____

☑ Check if this is community property
(see instructions)

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

**1.2.**

**3315 Newtown Rd, Placerville CA**

**rental property**
**3 bd, 2 bath 1400 sq feet**

**el dorado**
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$315,000.00**

Current value of the portion you own? **$315,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**fee simple**

☑ Check if this is community property
(see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................➔ | **$865,000.00** |

---

| Part 2: | Describe Your Vehicles |

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

**3.1.**
Make: **Ford**
Model: **Fusion**
Year: **2012**
Approximate mileage: **75,000**
Other information:
**2012 Ford Fusion (approx. 75000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$9,000.00**

Current value of the portion you own? **$9,000.00**

**3.2.**
Make: **ford**
Model: **F-350**
Year: **2008**
Approximate mileage: **150,000**
Other information:
**2008 ford F-350 (approx. 150000 miles) used for construction business**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$4,500.00**

Current value of the portion you own? **$4,500.00**

| Debtor 1 | Shayne House | | |
|---|---|---|---|
| Debtor 2 | Katie House | Case number (if known) | |

**3.3.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Covered trailer** | ☐ Debtor 1 only | |
| Model: | **12 ft** | ☐ Debtor 2 only | |
| Year: | **2014** | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | |
| Other information: | | | **$1,000.00**      **$1,000.00** |
| **2014 Covered trailer 12 ft** | | ☑ Check if this is community property (see instructions) | |

**3.4.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **18 ft vehicle trailer** | ☐ Debtor 1 only | |
| Model: | | ☐ Debtor 2 only | |
| Year: | **2005** | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | |
| Other information: | | | **$500.00**      **$500.00** |
| **2005 18 ft vehicle trailer** | | ☑ Check if this is community property (see instructions) | |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................➔    **$15,000.00**

---

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

                                      **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6.** **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe..... **Misc household goods including: 2 tv $300; stero and dvd player $100; vcr $10; recliner $50; 2 sofas $100; end tables $25; dining room table and chairs $100; stove $200; dishwasher $300; microwave $100; refrigerator $200; freezer $75; 7 beds $250; upright piano $100; guitar $100**      **$2,410.00**

**7.** **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..... **computer equipment 2**      **$100.00**

**8.** **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe..... **Books, dvds, vcr tapes**      **$90.00**

**9.** **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe..... **various firearms, see attached**      **$4,900.00**

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.....

_____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe..... **See continuation page(s).**

$800.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes. Describe..... **wedding rings**

$2,000.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☒ No
☐ Yes. Describe.....

_____

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information............

_____

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here........................................................ ➜

| $10,300.00 |

**Part 4:     Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes.................................................................................... Cash: ...................    $20.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes.............................    Institution name:

    17.1.   Checking account:    **Wells Fargo Checking and Savings account**    $4,000.00

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes.............................    Institution or issuer name:

**Firearms Cont.**

| Make | Model | Caliber | SN | Value |
|---|---|---|---|---|
| Kahr | P380 | .380 | RD8892 | 400.00 |
| S&W | AirLite PD | .357 | DAP6940 | 450.00 |
| Walther | P22 | .22 LR | L425175 | 250.00 |
| Walther | P22 | .22 LR | WA151462 | 250.00 |
| S&W | SW99 | .40 | SAF2752 | 300.00 |
| Kimber | Desert Warrior | .45 | K503379 | 950.00 |
| Remmington | 870 Express | 20Ga | C947852U | 200.00 |
| Mossburg | 510 | .410 | V0452286 | 150.00 |
| Bushmaster | XM15 | .223 | BFI460715 | 650.00 |
| Savage | Axis | .243 | K431967 | 300.00 |
| Ruger | 10/22 | .22 LR | 352-82526 | 150.00 |
| Ruger | No. 1 | .300 Win Mag | 133-85404 | 500.00 |
| Henry | Mini Bolt | .22 LR | MB77140 | 100.00 |
| Savage | Rascal | .22 LR | 2510799 | 90.00 |

Debtor 1    **Shayne House**
Debtor 2    **Katie House**                                              Case number (if known) _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **House's Home Investments LLC** | | |
| real estate investment, most assets lost to foreclosure, one asset in HA, in litigation and escrow. | 50% | $0.00 |
| **C3 Builder's Group**, no current value mainly debt listed in F schedule | 50% | $1.00 |
| **C3 Global Enterprises** just formed in 2017 | 100% | $1,000.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them...................    Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.    Type of account:    Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes...........................    Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes...........................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes...........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them                                                          _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them                                                          _____

Debtor 1    **Shayne House**
Debtor 2    **Katie House**
_____    Case number (if known) _____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☒ No
    ☐ Yes.  Give specific
    information about them
    _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☒ No
    ☐ Yes.  Give specific information
    about them, including whether
    you already filed the returns
    and the tax years.....................

    Federal: _____
    State: _____
    Local: _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☒ No
    ☐ Yes.  Give specific information

    Alimony:              _____
    Maintenance:          _____
    Support:              _____
    Divorce settlement:   _____
    Property settlement:  _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No
    ☒ Yes.  Give specific information    **Mark Diaz judgment in favor of House's Home Investments LLC**    **Unknown**
    **for around $40,000 for unpaid rent and other orders in favor of**
    **debtor. Probably not collectable**

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☒ Yes.  Name the insurance
    company of each policy
    and list its value.................    Company name:    Beneficiary:    Surrender or refund value:

    **Insurance through Penn Mutual**
    **Cornerstone VUL IV**    **$5,937.00**

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

    ☒ No
    ☐ Yes.  Give specific information
    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☒ No
    ☐ Yes.  Describe each claim........
    _____

Debtor 1   **Shayne House**
Debtor 2   **Katie House**

Case number (if known) _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes.  Describe each claim........

35. **Any financial assets you did not already list**

☐ No
☒ Yes.  Give specific information   **Carried over Net Operating Loss**                    $96,175.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here**................................................................................→ | **$107,133.00** |

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.   List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☒ Yes.  Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☒ No
☐ Yes.  Describe..

39. **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☒ Yes.  Describe..   **See continuation page(s).**                    $4,050.00

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes.  Describe..

41. **Inventory**

☒ No
☐ Yes.  Describe..

42. **Interests in partnerships or joint ventures**

☒ No
☐ Yes.  Describe.....  Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes.  Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
      ☐ No
      ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**

☒ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**................................................................................→ | **$4,050.00** |

Debtor 1   **Shayne House**
Debtor 2   **Katie House**

Case number (if known) _____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No.  Go to Part 7.
☑ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☑ Yes....  **11 sheep**                                     **$200.00**

48.  **Crops—either growing or harvested**

☑ No
☐ Yes.  Give specific
information...............

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information...............

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................. ➔     **$200.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**.............................................. ➔     **$0.00**

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2**.................................................................................➔    $865,000.00

56.  **Part 2: Total vehicles, line 5**                                    $15,000.00

57.  **Part 3: Total personal and household items, line 15**            $10,300.00

58.  **Part 4: Total financial assets, line 36**                         $107,133.00

59.  **Part 5: Total business-related property, line 45**               $4,050.00

60.  **Part 6: Total farm- and fishing-related property, line 52**      $200.00

61.  **Part 7: Total other property not listed, line 54**           +   $0.00

62.  **Total personal property.**   Add lines 56 through 61...........    $136,683.00    Copy personal property total  ➔  +   $136,683.00

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62.....................................    $1,001,683.00

Official Form 106A/B                              **Schedule A/B: Property**                                        page 9

| Debtor 1 | **Shayne House** | | |
|----------|------------------|---|---|
| Debtor 2 | **Katie House** | Case number (if known) | |

**11.** Clothes (details):

| | |
|---|---|
| **Misc men's apparel including pants, shirts, jackets, suit, coat, shoe, boots, casual wear, accessories and undergarments** | **$200.00** |
| **Misc. Women's apparel including, pants, shirts, skirts, dresses, blouses, jackets, coats, boots, shoes, casual wear, accessories and undergarments** | **$300.00** |
| **Misc. Children's apparel for 6 children including pants, shirts, skirts, dresses, jackets, blouses, coats, shoes, boots, undergarments** | **$300.00** |

**39.** Office equipment, furnishings, and supplies (details):

| | |
|---|---|
| **desk and chairs** | **$50.00** |
| **Lumber mill** | **$2,500.00** |
| **construction tools (nail guns, saws, hammers etc)** | **$1,500.00** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Shayne** | **House** |
| | First Name          Middle Name | Last Name |
| Debtor 2 | **Katie** | **House** |
| (Spouse, if filing) | First Name          Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF CALIFORNIA** | |
| Case number (if known) | | |

☐ Check if this is an
   amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:     Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**  *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**3465 Hassler Rd, Camino**<br>**5 bd, 2 bath, 2300 sq ft**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __1.1__ | **$550,000.00** | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(1)** |
| Brief description:<br>**3465 Hassler Rd, Camino**<br>**5 bd, 2 bath, 2300 sq ft**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __1.1__ | **$550,000.00** | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2008 ford F-350 (approx. 150000 miles) used for construction business**<br>Line from *Schedule A/B*: __3.2__ | $4,500.00 | ☑ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(6) |
| Brief description:<br>**2014 Covered trailer 12 ft**<br>Line from *Schedule A/B*: __3.3__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(6) |
| Brief description:<br>**2005 18 ft vehicle trailer**<br>Line from *Schedule A/B*: __3.4__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(6) |
| Brief description:<br>**Misc household goods including: 2 tv $300; stero and dvd player $100; vcr $10; recliner $50; 2 sofas $100; end tables $25; dining room table and chairs $100; stove $200; dishwasher $300; microwave $100; refrigerator $200; freezer $75; 7 beds $250; upright piano $100; guitar $100**<br>Line from *Schedule A/B*: __6__ | $2,410.00 | ☑ $2,410.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>**computer equipment 2**<br>Line from *Schedule A/B*: __7__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>**Books, dvds, vcr tapes**<br>Line from *Schedule A/B*: __8__ | $90.00 | ☑ $90.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>**various firearms, see attached**<br>Line from *Schedule A/B*: __9__ | $4,900.00 | ☑ $4,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>**Misc men's apparel including pants, shirts, jackets, suit, coat, shoe, boots, casual wear, accessories and undergarments**<br>Line from *Schedule A/B*: __11__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

Debtor 1   **Shayne House**
Debtor 2   **Katie House**

Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Misc. Women's apparel including, pants, shirts, skirts, dresses, blouses, jackets, coats, boots, shoes, casual wear, accessories and undergarments**<br>Line from *Schedule A/B*: **11** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>**Misc. Children's apparel for 6 children including pants, shirts, skirts, dresses, jackets, blouses, coats, shoes, boots, undergarments**<br>Line from *Schedule A/B*: **11** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>**wedding rings**<br>Line from *Schedule A/B*: **12** | $2,000.00 | ☑ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| Brief description:<br>**petty cash**<br>Line from *Schedule A/B*: **16** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>**Wells Fargo Checking and Savings account**<br>Line from *Schedule A/B*: **17.1** | $4,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>**C3 Global Enterprises just formed in 2017**<br>Line from *Schedule A/B*: **19** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>**Insurance through Penn Mutual Cornerstone VUL IV**<br>Line from *Schedule A/B*: **31** | $5,937.00 | ☑ $5,937.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(8) |
| Brief description:<br>**desk and chairs**<br>Line from *Schedule A/B*: **39** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(6) |

Debtor 1 **Shayne House**
Debtor 2 **Katie House**

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Lumber mill** <br> Line from *Schedule A/B*: __39__ | $2,500.00 | ☑ $1,950.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(6) |
| Brief description: **construction tools (nail guns, saws, hammers etc)** <br> Line from *Schedule A/B*: __39__ | $1,500.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(6) |
| Brief description: **11 sheep** <br> Line from *Schedule A/B*: __47__ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Shayne**                          **House** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Katie**                            **House** |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF CALIFORNIA** |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

**CITI**
Creditor's name
**POB 790005**
Number     Street

_____

**St Louis          MO     63179**
City          State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred     **2005**

**Describe the property that secures the claim:**     **$55,000.00**     **$315,000.00**

**rental property**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **deed of trust**

Last 4 digits of account number     **0   7   8   6**

Add the dollar value of your entries in Column A on this page. Write that number here:     **$55,000.00**

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

| 2.2 | | | | |
|---|---|---|---|---|

**Golden 1 CU**
Creditor's name
**POB 15966**
Number     Street

_____

**Sacramento        CA    95852-0966**
City                State    ZIP Code

**Describe the property that secures the claim:**

**2012 Ford Fusion (approx. 50000 miles)**

$9,500.00     $9,000.00     $500.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    2015

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Car title**

Last 4 digits of account number    1   2   7   3

**Deed of Trust on rental property**

| 2.3 | | | | |
|---|---|---|---|---|

**Mr. Cooper**
Creditor's name
**PO B 619094**
Number     Street

_____

**Dallas          TX    75261**
City                State    ZIP Code

**Describe the property that secures the claim:**

**rental property**

$255,000.00     $315,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    2005

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **deed of trust**

Last 4 digits of account number    6   2   0   0

**property is rented, discussions with tenants regarding buying the property have commenced**

Add the dollar value of your entries in Column A on this page.  Write that number here:

$264,500.00

Debtor 1  **Shayne House**

Debtor 2  **Katie House**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

---

**2.4**

**Pacific Private Money Inc.**
Creditor's name

**1555 Grant Ave**
Number      Street

_____

**Navato          CA      94942**
City                   State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred    2016

Describe the property that secures the claim:

**residence**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **deed of trust**

Last 4 digits of account number    0   9   2   1

Column A: $337,500.00    Column B: $550,000.00

**Loan secured on residence, used to fund House's Home Investments LLC**

---

**2.5**

**Ray and Marge Isitt**
Creditor's name

**5160 Puerta Del Sol**
Number      Street

_____

**Camino          CA      95709**
City                   State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred    2013

Describe the property that secures the claim:

**residence**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **deed of trust**

Last 4 digits of account number    ___ ___ ___ ___

Column A: $250,000.00    Column B: $550,000.00    Column C: $37,500.00

**Gaurentee of loan to House's Home Investments**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

$587,500.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$907,000.00

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 3

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Shayne** | | **House** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Katie** | | **House** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:       List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

Priority Creditor's Name _____

Number       Street _____

_____

_____

City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

| Debtor 1 | **Shayne House** | |
|---|---|---|
| Debtor 2 | **Katie House** | Case number (if known) _____ |

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

---

**4.1**                                                   **$40,000.00**

**Aaron Taylor**
Nonpriority Creditor's Name
**6700 Ridgeway Dr.**
Number          Street

**Pollock Pines**        **CA    95726**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**business debt**

**Investment in property in HA through House's Home Investment LLC, no personal gaurentee**

---

**4.2**                                                   **$55,000.00**

**Arthur Novak**
Nonpriority Creditor's Name
**14394 S 60 Hwy**
Number          Street

**Wadsworth**        **TX    77483**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**business debt**

**Investment in property in Houston TX through Houses's Homes LLC, no personal gaurentee**

| Debtor 1 | **Shayne House** | | |
|---|---|---|---|
| Debtor 2 | **Katie House** | Case number (if known) | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.3**

**$60,000.00**

**Benjamin Anderson**
Nonpriority Creditor's Name
**1240 Moccasin Trail**
Number       Street

**Placerville            CA     95667**
City                         State       ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___  ___  ___  ___

When was the debt incurred?     **2015**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **business debt**

**Investment in property in HA through Houses's Homes LLC, no personal gaurentee**

---

**4.4**

**$31,126.00**

**Capital One**
Nonpriority Creditor's Name
**POB 30285**
Number       Street

**Salt Lake City        UT     84130-0285**
City                         State       ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2   3   2   0**

When was the debt incurred?     **2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

Debtor 1   **Shayne House**
Debtor 2   **Katie House**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.5**                                                                                              **$2,086.00**

**Chase**
Nonpriority Creditor's Name
**POB 15123**
Number      Street
_____

**Wilmington**         **DE**   **19850-5123**
City                   State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6  8  0  0**
**When was the debt incurred?**   **2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.6**                                                                                              **$82,000.00**

**Danit Dollar**
Nonpriority Creditor's Name
**Top Dollar Investment**
Number      Street
**169 Hartnell Ave Ste 115**
_____

**Redding**            **CA**   **96002**
City                   State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   **2015**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **business debt**

**Investment in property in HA through Houses's Homes LLC, no personal gaurentee**

| Debtor 1 | **Shayne House** | | |
|---|---|---|---|
| Debtor 2 | **Katie House** | Case number (if known) | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.7**

$13,041.00

**Discover**
Nonpriority Creditor's Name

**POB 51908**
Number     Street

Last 4 digits of account number   **7**   **5**   **6**   **4**

When was the debt incurred?   **2014**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles**    **CA**   **90051-6208**
City       State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**4.8**

$30,000.00

**Don Anderson**
Nonpriority Creditor's Name

**3130 Serenity Lane**
Number     Street

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Placerville**    **CA**   **95667**
City       State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **business debt**

**Investment in property in HA through Houses's Homes LLC, no personal gaurentee**

Debtor 1   **Shayne House**
Debtor 2   **Katie House**                                   Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

**4.9**                                                                                    **$95,000.00**

**Don Anderson**
Nonpriority Creditor's Name
**3130 Serenity Lane**
Number      Street

**Placerville          CA    95667**
City                  State  ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Investment in property in Atlanta GA through Houses's Homes LLC, no personal gaurentee**

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **business debt**

**4.10**                                                                                   **$389.00**

**Hawaiian Electric Co**
Nonpriority Creditor's Name
**POB 3978**
Number      Street
**Honolulu HA**

City                  State  ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**electricity for property in HA**

Last 4 digits of account number   **6  6  0  7**
**When was the debt incurred?**   **2016-17**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **utilities**

Debtor 1 **Shayne House**

Debtor 2 **Katie House** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.11**

**Jalene Forbis, TE of Jeff E Forbis RLT**
Nonpriority Creditor's Name
**1834 Live Oak**
Number      Street

_____

**$189,000.00**

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?      **2016**

**Jacksonville          FL     32246**
City                    State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **business debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Investment in property in Atlanta GA through Houses's Homes LLC, no personal gaurentee**

**4.12**

**Jeff Forbis Rev. Trust**
Nonpriority Creditor's Name
**1645 Longview Dr.**
Number      Street

_____

**$40,000.00**

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?      **2015**

**Diamond Bar          CA     91765**
City                    State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **business debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Investment in property in Houston TX through Houses's Homes LLC, no personal gaurentee**

Debtor 1   **Shayne House**
Debtor 2   **Katie House**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|---------------------------------------------------------|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.13**                                                                        **$73,420.00**

**Joseph Crance**
Nonpriority Creditor's Name                    Last 4 digits of account number  ___ ___ ___ ___
**20552 Verda Vista Pkwy**                     When was the debt incurred?      **2015**
Number      Street
                                               As of the date you file, the claim is: Check all that apply.
                                               ☑ Contingent
                                               ☑ Unliquidated
**California City      CA     93505**          ☑ Disputed
City                   State    ZIP Code
**Who incurred the debt?**   Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                ☐ Student loans
☐ Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                      that you did not report as priority claims
☑ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt   ☑ Other. Specify
**Is the claim subject to offset?**               **business debt**
☑ No
☐ Yes

**Investment in property in Mesa AZ through Houses's Homes LLC, no personal gaurentee**

**4.14**                                                                        **$340,000.00**

**Margorie Isitt**
Nonpriority Creditor's Name                    Last 4 digits of account number  ___ ___ ___ ___
**5160 Puerta Del Sol**                        When was the debt incurred?      **2015**
Number      Street
                                               As of the date you file, the claim is: Check all that apply.
                                               ☑ Contingent
                                               ☑ Unliquidated
**Camino               CA     95709**          ☑ Disputed
City                   State    ZIP Code
**Who incurred the debt?**   Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                ☐ Student loans
☐ Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                      that you did not report as priority claims
☑ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt   ☑ Other. Specify
**Is the claim subject to offset?**               **business debt**
☑ No
☐ Yes

**Investment in  Houses's Homes LLC, no personal gaurentee**

Debtor 1    **Shayne House**
Debtor 2    **Katie House**                              Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**$13,000.00**

| 4.15 |

**Mickey Ellis**
Nonpriority Creditor's Name
**4305 Joseph Lane**
Number        Street

**Placerville          CA    95667**
City                          State    ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    2015

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **business debt**

Investment in property in Mesa AZ through Houses's Homes LLC, no personal gaurentee

**$30,000.00**

| 4.16 |

**Mickey Ellis**
Nonpriority Creditor's Name
**4305 Joseph Lane**
Number        Street

**Diamond Springs     CA    95619**
City                          State    ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **business debt**

Investment in property in Atlanta GA through Houses's Homes LLC, no personal gaurentee

| Debtor 1 | **Shayne House** | | |
|---|---|---|---|
| Debtor 2 | **Katie House** | Case number (if known) | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.17**

**$75,000.00**

**Naveed S Qureshi**
Nonpriority Creditor's Name
**2636 Spyglass Rd**
Number       Street

**Brentwood            CA    94513**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **business debt**

**Investment in property in Atlanta GA through Houses's Homes LLC, no personal gaurentee**

**4.18**

**$8,032.00**

**Old Navy**
Nonpriority Creditor's Name
**SYNCB**
Number       Street
**POB 965005**

**Orlando            FL    32896**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  9 9 7 5
**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

| Debtor 1 | **Shayne House** | | |
|---|---|---|---|
| Debtor 2 | **Katie House** | Case number (if known) | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.19 | | **$2,626,000.00** |
|---|---|---|

**Patch of Land Lending LLC**
Nonpriority Creditor's Name
**1964 Westwood Blvd, Suite 350**
Number          Street

Last 4 digits of account number   **2   5   8   1**
When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Los Angeles          CA     90025**
City               State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **business debt**

Investment in property in Atlanta GA through House's Homes LLC, Property foreclosed on in 2017.  Listed in event of deficiency

| 4.20 | | **$168,000.00** |
|---|---|---|

**Roberto Leao**
Nonpriority Creditor's Name
**Solid Partnership REI LLC**
Number          Street
**701 Green Valley PKWY Ste 200**

Last 4 digits of account number   ___  ___  ___  ___
When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Henerson          NV     89074**
City               State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **business debt**

Investment in property in HA through Houses's Homes LLC, no personal gaurentee

| Debtor 1 | **Shayne House** | | |
|----------|------------------|--|--|
| Debtor 2 | **Katie House** | Case number (if known) | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|-------------|----------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

---

**4.21**                                                                      **$250.00**

**Ruth Rowlette**
Nonpriority Creditor's Name
**333 University Ave #200**
Number          Street

Last 4 digits of account number  ___  ___  ___  ___

When was the debt incurred?     2017

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sacramento          CA     95825**
City                    State    ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Professional Services**

---

**4.22**                                                                    **$85,000.00**

**Sharon E Crews**
Nonpriority Creditor's Name
**6321 Cape Charles Dr.**
Number          Street

Last 4 digits of account number  ___  ___  ___  ___

When was the debt incurred?     2015

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Raleigh          NC     27617**
City                  State    ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **business debt**

**Investment in property in Atlanta GA through Houses's Homes LLC, no personal gaurentee**

| Debtor 1 | **Shayne House** | | |
|---|---|---|---|
| Debtor 2 | **Katie House** | Case number (if known) | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**$650,000.00**

**4.23**

**Sonja Khan**
Nonpriority Creditor's Name
**1168 Coronado St**
Number        Street

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     2015

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Upland                    CA     91786**
City                          State      ZIP Code

**Who incurred the debt?**     Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **business debt**

Investment in property in Atlanta GA through Houses's Homes LLC, no personal gaurentee

**$5,413.00**

**4.24**

**SYNCB**
Nonpriority Creditor's Name
**POB 9600061**
Number        Street
**Orlando FL**

**32896-0061**

Last 4 digits of account number     **9   7   0   8**

When was the debt incurred?     2016

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

City                          State      ZIP Code

**Who incurred the debt?**     Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

| Debtor 1 | **Shayne House** | Case number (if known) |
|---|---|---|
| Debtor 2 | **Katie House** | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.25

**SYNCB**
Nonpriority Creditor's Name
**POB 960061**
Number    Street
**Orlando FL**

**32896**

City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$5,705.00**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

### 4.26

**Via Sendero HOA**
Nonpriority Creditor's Name
**c/o Brown Olcott, PLLC**
Number    Street
**373 S Main Ave**

**Tucson**      **AZ**    **85701**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1,257.00**

**Last 4 digits of account number** M e s a

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **HOA dues**

**Dues owed from Houses Home Investments LLC, a business. Debtor's did not gaurentee**

| Debtor 1 | **Shayne House** |
|---|---|
| Debtor 2 | **Katie House** |

Case number (if known) _____

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

$31,134.00

**4.27**

**Wells Fargo**
Nonpriority Creditor's Name
**PO Box 10347**
Number          Street

_____

**Des Moines          IA     50306**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?     **2015**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

$1,131.00

**4.28**

**Weston & Tuttle LLP**
Nonpriority Creditor's Name
**3420 Coach Lane Ste 11**
Number          Street
**Cameron Park CA**

_____

City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**CPA for tax audit**

Last 4 digits of account number   __ __ __ __
When was the debt incurred?     **2017**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Professional Services**

| Debtor 1 | **Shayne House** |
|----------|------------------|
| Debtor 2 | **Katie House** |

Case number (if known) _____

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**$100,000.00**

**4.29**

**William Turnbull**
Nonpriority Creditor's Name
**POB 835**
Number     Street

_____

**Georgetown          CA     95634**
City                        State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **business debt**

**Investment in property in Atlanta GA through Houses's Homes LLC, no personal gaurentee**

Debtor 1    **Shayne House**
Debtor 2    **Katie House**                                         Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

**Aargon Collection**
Name
**3221 Waialae Ave, Ste 338**
Number        Street
**Honolulu HI 968165824**


City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.10**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     __ __ __ __

**John R. Olson**
Name
**3062 Cedar Ravine**
Number        Street


**Placerville**          **CA**    **95667**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.17**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     __ __ __ __

**Nathan David Borris**
Name
**1380 A Street**
Number        Street


**Hayward**              **CA**    **94541**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.17**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     __ __ __ __

**The Weaver Law Firm**
Name
**1800 Bering Dr., Ste 1050**
Number        Street


**Houston**              **TX**    **77057**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.2**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     __ __ __ __

Debtor 1   **Shayne House**
Debtor 2   **Katie House**                                    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6.   **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only.
     **28 U.S.C. § 159.** Add the amounts for each type of unsecured claim.

                                                                           **Total claim**

**Total claims**    6a.  **Domestic support obligations**                  6a.  _____ **$0.00**
**from Part 1**
                    6b.  **Taxes and certain other debts you owe the government**   6b.  _____ **$0.00**

                    6c.  **Claims for death or personal injury while you were intoxicated**   6c.  _____ **$0.00**

                    6d.  **Other.** Add all other priority unsecured claims. Write that amount here.   6d. **+** _____ **$0.00**

                    6e.  **Total.** Add lines 6a through 6d.               6d.  | **$0.00** |

                                                                           **Total claim**

**Total claims**    6f.  **Student loans**                                 6f.  _____ **$0.00**
**from Part 2**
                    6g.  **Obligations arising out of a separation agreement or divorce**   6g.  _____ **$0.00**
                         **that you did not report as priority claims**

                    6h.  **Debts to pension or profit-sharing plans, and other similar**   6h.  _____ **$0.00**
                         **debts**

                    6i.  **Other.** Add all other nonpriority unsecured claims. Write that amount here.   6i. **+** **$4,850,984.00**

                    6j.  **Total.** Add lines 6f through 6i.               6j.  | **$4,850,984.00** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Shayne** | **House** |
| | First Name   Middle Name | Last Name |
| Debtor 2 | **Katie** | **House** |
| (Spouse, if filing) | First Name   Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
    is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
    executory contracts and unexpired leases.

| **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|
| **2.1**  **Tristan Weaver** <br> Name <br> **3333 Newtown Rd** <br> Number      Street <br><br> **Placerville**         **CA**    **95667** <br> City                          State    ZIP Code | **Lease of property 3333 Newtown and 3315 Newtown Rd, Placerville** <br> **12 months expires 2/18** <br> **Contract to be ASSUMED** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Shayne** | **House** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Katie** | **House** |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☑ No
       ☐ Yes

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

| | | |
|---|---|---|
| **3.1** | **House's Home Investments LLC** | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line  **5.1** |
| | **3465 Hassler Rd** | ☐ Schedule G, line _____ |
| | Number      Street | **Aargon Collection** |
| | **Camino**          **CA**    **95709** | |
| | City          State    ZIP Code | |
| **3.2** | **House's Home Investments LLC** | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line  **4.1** |
| | **3465 Hassler Rd** | ☐ Schedule G, line _____ |
| | Number      Street | **Aaron Taylor** |
| | **Camino**          **CA**    **95709** | |
| | City          State    ZIP Code | |

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.3**   **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.2**
☐ Schedule G, line _____
**Arthur Novak**

---

**3.4**   **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.3**
☐ Schedule G, line _____
**Benjamin Anderson**

---

**3.5**   **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.4**
☐ Schedule G, line _____
**Capital One**

---

**3.6**   **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.6**
☐ Schedule G, line _____
**Danit Dollar**

---

**3.7**   **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.7**
☐ Schedule G, line _____
**Discover**

---

**3.8**   **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.8**
☐ Schedule G, line _____
**Don Anderson**

---

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.9 | **House's Home Investments LLC** |
|---|---|

Name

**3465 Hassler Rd**
Number     Street

**Camino**          **CA**      **95709**
City             State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.9**
☐ Schedule G, line _____
**Don Anderson**

| 3.10 | **House's Home Investments LLC** |
|---|---|

Name

**3465 Hassler Rd**
Number     Street

**Camino**          **CA**      **95709**
City             State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.10**
☐ Schedule G, line _____
**Hawaiian Electric Co**

| 3.11 | **House's Home Investments LLC** |
|---|---|

Name

**3465 Hassler Rd**
Number     Street

**Camino**          **CA**      **95709**
City             State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.11**
☐ Schedule G, line _____
**Jalene Forbis, TE of Jeff E Forbis RLT**

| 3.12 | **House's Home Investments LLC** |
|---|---|

Name

**3465 Hassler Rd**
Number     Street

**Camino**          **CA**      **95709**
City             State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.12**
☐ Schedule G, line _____
**Jeff Forbis Rev. Trust**

| 3.13 | **House's Home Investments LLC** |
|---|---|

Name

**3465 Hassler Rd**
Number     Street

**Camino**          **CA**      **95709**
City             State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.13**
☐ Schedule G, line _____
**Joseph Crance**

| 3.14 | **House's Home Investments LLC** |
|---|---|

Name

**3465 Hassler Rd**
Number     Street

**Camino**          **CA**      **95709**
City             State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.14**
☐ Schedule G, line _____
**Margorie Isitt**

Debtor 1　**Shayne House**
Debtor 2　**Katie House**

Case number (if known) _____

**■ Additional Page to List More Codebtors**

*Column 1:*　**Your codebtor**

*Column 2:*　**The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.15 | **House's Home Investments LLC** |
|---|---|
| | Name |

**3465 Hassler Rd**
Number　　Street

**Camino**　　　　　　**CA**　　**95709**
City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.15**
- ☐ Schedule G, line _____

**Mickey Ellis**

| 3.16 | **House's Home Investments LLC** |
|---|---|
| | Name |

**3465 Hassler Rd**
Number　　Street

**Camino**　　　　　　**CA**　　**95709**
City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.16**
- ☐ Schedule G, line _____

**Mickey Ellis**

| 3.17 | **House's Home Investments LLC** |
|---|---|
| | Name |

**3465 Hassler Rd**
Number　　Street

**Camino**　　　　　　**CA**　　**95709**
City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.17**
- ☐ Schedule G, line _____

**Naveed S Qureshi**

| 3.18 | **House's Home Investments LLC** |
|---|---|
| | Name |

**3465 Hassler Rd**
Number　　Street

**Camino**　　　　　　**CA**　　**95709**
City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.19**
- ☐ Schedule G, line _____

**Patch of Land Lending LLC**

| 3.19 | **House's Home Investments LLC** |
|---|---|
| | Name |

**3465 Hassler Rd**
Number　　Street

**Camino**　　　　　　**CA**　　**95709**
City　　　　　　　　State　　ZIP Code

- ☑ Schedule D, line **2.5**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Ray and Marge Isitt**

| 3.20 | **House's Home Investments LLC** |
|---|---|
| | Name |

**3465 Hassler Rd**
Number　　Street

**Camino**　　　　　　**CA**　　**95709**
City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.20**
- ☐ Schedule G, line _____

**Roberto Leao**

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

### ▌ Additional Page to List More Codebtors

**Column 1:** Your codebtor

**Column 2:** The creditor to whom you owe the debt

Check all schedules that apply:

**3.21** | **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.22**
☐ Schedule G, line _____
**Sharon E Crews**

**3.22** | **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.23**
☐ Schedule G, line _____
**Sonja Khan**

**3.23** | **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.24**
☐ Schedule G, line _____
**SYNCB**

**3.24** | **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.25**
☐ Schedule G, line _____
**SYNCB**

**3.25** | **House's Home Investments LLC**
Name
**3465 Hassler Rd**
Number    Street

**Camino**      **CA**      **95709**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.27**
☐ Schedule G, line _____
**Wells Fargo**

**3.26** | **Kevin House**
Name
Number    Street

City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.1**
☐ Schedule G, line _____
**Aargon Collection**

| Debtor 1 | **Shayne House** |
|---|---|
| Debtor 2 | **Katie House** |

Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.27**

**Kevin House**
Name
_____
Number    Street
_____
_____
City       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1**
☐ Schedule G, line _____
**Aaron Taylor**

---

**3.28**

**Kevin House**
Name
_____
Number    Street
_____
_____
City       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.2**
☐ Schedule G, line _____
**Arthur Novak**

---

**3.29**

**Kevin House**
Name
_____
Number    Street
_____
_____
City       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.3**
☐ Schedule G, line _____
**Benjamin Anderson**

---

**3.30**

**Kevin House**
Name
_____
Number    Street
_____
_____
City       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.4**
☐ Schedule G, line _____
**Capital One**

---

**3.31**

**Kevin House**
Name
_____
Number    Street
_____
_____
City       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.6**
☐ Schedule G, line _____
**Danit Dollar**

---

**3.32**

**Kevin House**
Name
_____
Number    Street
_____
_____
City       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.7**
☐ Schedule G, line _____
**Discover**

---

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.33 | **Kevin House** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.8**
☐ Schedule G, line _____
**Don Anderson**

| 3.34 | **Kevin House** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.9**
☐ Schedule G, line _____
**Don Anderson**

| 3.35 | **Kevin House** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.10**
☐ Schedule G, line _____
**Hawaiian Electric Co**

| 3.36 | **Kevin House** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.11**
☐ Schedule G, line _____
**Jalene Forbis, TE of Jeff E Forbis RLT**

| 3.37 | **Kevin House** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.12**
☐ Schedule G, line _____
**Jeff Forbis Rev. Trust**

| 3.38 | **Kevin House** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.13**
☐ Schedule G, line _____
**Joseph Crance**

Debtor 1　**Shayne House**
Debtor 2　**Katie House**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.39 | **Kevin House** |
|------|-----------------|

Name
_____

Number　　Street
_____

_____

City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.14__
- ☐ Schedule G, line _____
- **Margorie Isitt**

| 3.40 | **Kevin House** |
|------|-----------------|

Name
_____

Number　　Street
_____

_____

City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.15__
- ☐ Schedule G, line _____
- **Mickey Ellis**

| 3.41 | **Kevin House** |
|------|-----------------|

Name
_____

Number　　Street
_____

_____

City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.16__
- ☐ Schedule G, line _____
- **Mickey Ellis**

| 3.42 | **Kevin House** |
|------|-----------------|

Name
_____

Number　　Street
_____

_____

City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.17__
- ☐ Schedule G, line _____
- **Naveed S Qureshi**

| 3.43 | **Kevin House** |
|------|-----------------|

Name
_____

Number　　Street
_____

_____

City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.19__
- ☐ Schedule G, line _____
- **Patch of Land Lending LLC**

| 3.44 | **Kevin House** |
|------|-----------------|

Name
_____

Number　　Street
_____

_____

City　　　　　　　　State　　ZIP Code

- ☑ Schedule D, line __2.5__
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____
- **Ray and Marge Isitt**

Debtor 1　**Shayne House**
Debtor 2　**Katie House**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.45 | **Kevin House** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.20___
☐ Schedule G, line _____
**Roberto Leao**

Number　　Street

City　　　　　State　　ZIP Code

| 3.46 | **Kevin House** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.22___
☐ Schedule G, line _____
**Sharon E Crews**

Number　　Street

City　　　　　State　　ZIP Code

| 3.47 | **Kevin House** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.23___
☐ Schedule G, line _____
**Sonja Khan**

Number　　Street

City　　　　　State　　ZIP Code

| 3.48 | **Kevin House** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.24___
☐ Schedule G, line _____
**SYNCB**

Number　　Street

City　　　　　State　　ZIP Code

| 3.49 | **Kevin House** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.25___
☐ Schedule G, line _____
**SYNCB**

Number　　Street

City　　　　　State　　ZIP Code

| 3.50 | **Kevin House** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.27___
☐ Schedule G, line _____
**Wells Fargo**

Number　　Street

City　　　　　State　　ZIP Code

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Shayne** | **House** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Katie** | **House** |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF CALIFORNIA** | |
| Case number (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed <br> ☑ Not employed | ☐ Employed <br> ☑ Not employed |
| Occupation | | **Construction** | |
| Employer's name | | | |
| Employer's address | | | |
| | | Number   Street | Number   Street |
| | | City     State   Zip Code | City     State   Zip Code |
| How long employed there? | | | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .............................................. ➔ | 4. | $0.00 | $0.00 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions.  Specify: _____ | 5h. + | $0.00 | $0.00 |

6. **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.

| | | | |
|---|---|---|---|
| | 6. | $0.00 | $0.00 |

7. **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.

| | | | |
|---|---|---|---|
| | 7. | $0.00 | $0.00 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $8,500.00 | $0.00 |

        Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |

        Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive | | | |

        Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|     Specify: <u>Adoption Assistance</u> | 8f. | $1,523.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income.  Specify: _____ | 8h. + | $0.00 | $0.00 |

9. **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.

| | | | |
|---|---|---|---|
| | 9. | $10,023.00 | $0.00 |

10. **Calculate monthly income.**   Add line 7 + line 9.
     Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

| | | | | | |
|---|---|---|---|---|---|
| | 10. | $10,023.00 | + | $0.00 | =   $10,023.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| | | | |
|---|---|---|---|
| Specify: _____ | 11. + | | $0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

| | | |
|---|---|---|
| | 12. | $10,023.00 |
| | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

   ☐ No.
   ☑ Yes. Explain:   **surrender rental property**

Debtor 1   **Shayne House**
Debtor 2   **Katie House**

Case number (if known) _____

8a.  Attached Statement (Debtor 1)

## C3 Builders Group

**Gross Monthly Income:**                                                              **$7,000.00**

Expense                                          Category                              Amount

**Total Monthly Expenses**                                                               **$0.00**

**Net Monthly Income:**                                                                **$7,000.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shayne** | | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Katie** | | **House** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF CALIFORNIA** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ Yes. Fill out this information for each dependent..................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | daughter | 11 | ☐ No ☑ Yes |
   | daughter | 9 | ☐ No ☑ Yes |
   | son | 8 | ☐ No ☑ Yes |
   | son | 8 | ☐ No ☑ Yes |
   | daughter | 5 | ☐ No ☑ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.     **$4,127.00** |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a.     **$443.76** |
| 4b. | Property, homeowner's, or renter's insurance | 4b.     **$141.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.     **$100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. |

| Debtor 1 | **Shayne House** |
|---|---|
| Debtor 2 | **Katie House** |

Case number (if known) _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$260.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$300.00** |
| | 6d. Other. Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | **$1,200.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$250.00** |
| 10. | **Personal care products and services** | 10. | **$20.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$550.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$200.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$60.00** |
| | 15b. Health insurance | 15b. | **$180.00** |
| | 15c. Vehicle insurance | 15c. | _____ |
| | 15d. Other insurance. Specify: _____ | 15d. | _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | _____ |
| | 17b. Car payments for Vehicle 2 | 17b. | _____ |
| | 17c. Other. Specify: _____ | 17c. | _____ |
| | 17d. Other. Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1   **Shayne House**
Debtor 2   **Katie House**
_____                Case number (if known)   _____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. | **$2,165.00** |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

21.  **Other.**  Specify: _____        21.  + _____

22.  **Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                                          22a.  **$10,246.76**

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.  _____

22c.  Add line 22a and 22b.  The result is your monthly expenses.          22c.  **$10,246.76**

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.        23a.  **$10,023.00**

23b.  Copy your monthly expenses from line 22c above.                  23b.  − **$10,246.76**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                              23c.  **($223.76)**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.  Explain here:
**rental property payment will no longer be made on property surrender**

Debtor 1    **Shayne House**
Debtor 2    **Katie House**

Case number (if known) _____

2.  <u>**Additional Dependents:**</u>

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| <u>son</u> | <u>4</u> | ☐ No  ☑ Yes |

Fill in this information to identify your case:

| Debtor 1 | **Shayne** | | **House** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Katie** | | **House** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____

Shayne House, Debtor 1                              Katie House, Debtor 2

Date  10 / 30 / 2017                                 Date  10/30/17
     MM / DD /YYYY                                        MM/ DD / YYYY